IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY WHITBY | ) | |
| | ) | No. 3-09-0834 |
| v. | ) | |
| | ) | |
| HERNDON AND MERRY, INC. | ) | |

O R D E R

On April 21, 2010, the parties filed a stipulation of dismissal with prejudice (Docket Entry No. 14).

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED with prejudice, and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge